**John Scott MAYHEW, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 22257.

United States Court of Appeals
Ninth Circuit.

Sept. 11, 1968.

Adolph Bustos, Los Angeles, Cal., for appellant.

Wm. M. Byrne, Jr., U. S. Atty., Robert L. Brosio, Asst. U. S. Atty., Criminal Division, John W. Hornbeck, Asst. U. S. Atty., Los Angeles, Cal., for appellee.

Before BARNES and HAMLIN, Circuit Judges, and KILKENNY, District Judge.

PER CURIAM:

The appeal in the above matter having been submitted on the briefs on file, and having examined such briefs, we find no merit in the alleged error relied on by appellant, and the judgment of conviction is affirmed.

**UNITED STATES of America, Appellee,**

v.

**Vincent MAURO, Appellant.**

No. 10, Docket 32255.

United States Court of Appeals
Second Circuit.

Argued Sept. 5, 1968.

Decided Sept. 5, 1968.

Irving Anolik, New York City (Michael P. Direnzo, New York City, on the brief), for appellant.

Arthur A. Munisteri, Asst. U. S. Atty. (Robert M. Morgenthau, U. S. Atty. for Southern District of New York, Leonard M. Marks, Asst. U. S. Atty., on the brief), for appellee.

Before LUMBARD, Chief Judge, and ANDERSON and SMITH, Circuit Judges.

PER CURIAM:

We affirm in open court the judgment of the district court which denied Mauro's motion to vacate, pursuant to 28 U.S.C. § 2255, the judgment of his conviction for violation of the narcotics laws, substantially for the reasons stated in Judge Croake's opinion reported, sub nom. United States v. Caruso et al., D.C., 280 F.Supp. 371 (1967).